UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELIJAH HOLLMAN, | ) | CASE NO. 4:09 CV 2836 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| | ) | <u>AND ORDER</u> |
| WARDEN J. T. SHARTLE, | ) | |
| | ) | |
| Respondent. | ) | |

*Pro se* petitioner, Elijah Hollman, filed the above-captioned petition for a writ of *habeas corpus* pursuant to 28 U.S.C. §2241. At the time he filed his petition, Petitioner was incarcerated at the Federal Correctional Institution in Elkton, Ohio. Petitioner complained that he was being retaliated against because he filed requests for administrative remedies. His petition seeks solely injunctive relief, *i.e.*, that he be transferred to a Residential Re-entry Center ("RRC") pursuant to the Second Chance Act of 2007.

Petitioner has been transferred to an RRC.[1] Accordingly, the petition before the Court is now moot.

---

[1] Petitioner is now housed at a Community Correction Center in Raleigh, North Carolina.

*Conclusion*

Based on the foregoing, the captioned petition is dismissed as moot. The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Dated: March 26, 2010                  *s/John R. Adams*
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE